# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THE COLMAN GROUP, INC., and
SYRACUSE UNIVERSITY,

    Plaintiffs,

    v.                      Case No. 04-C-438

C&K MANUFACTURING AND SALES, L.L.C.,

    Defendant.

# ORDER

Pursuant to the stipulation of the parties filed June 15, 2005,

**IT IS ORDERED** that the above action is hereby dismissed with prejudice with each party to bear its own costs and fees, including attorneys' fees. The terms of the Settlement Agreement are to remain confidential.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2005.

                BY THE COURT:

                s/Patricia J. Gorence
                PATRICIA J. GORENCE
                United States Magistrate Judge